# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

December 11, 2023

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

| | |
|---|---|
| Nos. 23-1793 | |
| JAVIER HERRERA,<br>*Plaintiff-Appellant*<br><br>v.<br><br>KWAME RAOUL, in his official capacity as Illinois Attorney General, et al.,<br>*Defendants-Appellees*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 23-CV-00532<br><br>Lindsay C. Jenkins,<br>*Judge*. |

**O R D E R**

Plaintiff-Appellant filed a petition for rehearing and rehearing *en banc* on November 17, 2023. No judge in regular active service has requested a vote on the petition for rehearing *en banc*, and all members of the original panel have voted to deny panel rehearing. The petition for rehearing and rehearing *en banc* is therefore DENIED.